FILED

08/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0471



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0471

BRENDA ZASTOUPIL

    PETITIONER & APPELLANT

    V.

DEPARTMENT OF LABOR & NDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, AND RYAN RESTAURANT
CORPORATION

    RESPONDANTS & APPELLEE'S

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED August 25, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court